IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cobbs, Shelia L

Printed: 01/06/09

Case Number: 08 B 22446
Judge: Wedoff, Eugene R
Filed: 8/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 13, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 2. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 3. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 4. | James J Hogg DDS | Unsecured | 1,326.11 | 0.00 |
| 5. | Genesis Financial Services Corp | Unsecured | 905.49 | 0.00 |
| 6. | Midland Credit Management | Unsecured | 951.50 | 0.00 |
| 7. | Sir Finance Corporation | Unsecured | 2,288.00 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 1,600.00 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 613.94 | 0.00 |
| 10. | Sprint Nextel | Unsecured | 474.24 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 436.00 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 1,416.00 | 0.00 |
| 13. | M3 Financial Services | Unsecured | 506.55 | 0.00 |
| 14. | CSI Financial Services | Unsecured | 481.97 | 0.00 |
| 15. | AFNI | Unsecured |  | No Claim Filed |
| 16. | American Credit Collection | Unsecured |  | No Claim Filed |
| 17. | Allied Interstate | Unsecured |  | No Claim Filed |
| 18. | Brother Loan & Finance | Unsecured |  | No Claim Filed |
| 19. | Chase | Unsecured |  | No Claim Filed |
| 20. | Credit Collections Services | Unsecured |  | No Claim Filed |
| 21. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 22. | Comcast | Unsecured |  | No Claim Filed |
| 23. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 24. | DeVry Institute of Technology | Unsecured |  | No Claim Filed |
| 25. | Ffcc Columbus Inc | Unsecured |  | No Claim Filed |
| 26. | AAA Checkmate LLC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Cobbs, Shelia L

Printed: 01/06/09

Case Number:  08 B 22446
Judge:  Wedoff, Eugene R
Filed:  8/26/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Eric Barnes DDS | Unsecured | | No Claim Filed |
| 28. Merchant Credit Guide | Unsecured | | No Claim Filed |
| 29. Lifetouch National School Studios | Unsecured | | No Claim Filed |
| 30. Lisa Oldham MD | Unsecured | | No Claim Filed |
| 31. Direct Tv | Unsecured | | No Claim Filed |
| 32. Surety Finance | Unsecured | | No Claim Filed |
| 33. Dr James Hogg | Unsecured | | No Claim Filed |
| 34. University Of Chicago Medical Center | Unsecured | | No Claim Filed |
| 35. Healthy Teeth Beautiful Smile | Unsecured | | No Claim Filed |
| 36. USCB | Unsecured | | No Claim Filed |
| 37. T Mobile USA | Unsecured | | No Claim Filed |
| 38. Zenith Acquisition | Unsecured | | No Claim Filed |
| 39. Robert J Adams & Associates | Unsecured | | No Claim Filed |
| 40. U S Cellular | Unsecured | | No Claim Filed |
| | | $ 10,999.80 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

